**Order entered November 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00868-CV

### DON A. MITCHELL, Appellant

### V.

### FREESE & GOSS, PLLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08251**

## ORDER

We **GRANT** appellant's November 5, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **DECEMBER 28, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE